UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 3:25-cr-00025 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| CARSON McKOIN | * | MAGISTRATE JUDGE MCCLUSKY |

**GOVERNMENT'S REQUESTED JURY INSTRUCTIONS**
<u>TRIAL DATE: April 25, 2025</u>

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully requests the following jury instructions:

I. Substantive Offense Instruction:
   **Count 1**
   No. 2.95A   Forcibly Assaulting a Federal Officer
   **Count 2**
   No. 2.44A   Discharging a Firearm in Furtherance of a Crime of Violence
   The words use or carry should be replaced with the word discharge from the words used in 18 U.S.C. § 924(c)(1)(A)(iii)

II. General Instructions:
   Nos.  1.01,
         1.03,
         1.04,
         1.05,
         1.06,
         1.08,
         1.09,
         1.11
         1.13
         1.18 (Firearm expert)
         1.19,

Page **1** of **3**

       1.21,
       1.22,
       1.23,
       1.26,
       1.27,
       1.28,
       1.32,
       1.41,
       1.42,
       1.48

The Government respectfully requests the opportunity to file additional instructions should they become necessary.

          Respectfully,

          ALEC VAN HOOK
          ACTING UNITED STATES ATTORNEY
          <u>S/  *Robert F. Moody*</u>
BY:    Robert F. Moody
          (TX. Bar No. 24062903)
          Assistant United States Attorney
          300 Fannin Street, Suite 3201
          Shreveport, Louisiana 71101
          (318) 676-3600
          (318) 676-3663 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the defendant by the CM/ECF system.

BY:	S/ *Robert F. Moody*
Robert F. Moody
(TX. Bar No. 24062903)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)