UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:25-cr-00025-01 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| CARSON MCKOIN | * | MAGISTRATE JUDGE MCCLUSKY |

### UNITED STATES' PROPOSED EXHIBIT LIST

The United States of America provides this proposed exhibit list for trial, not necessarily in the order in which they will be introduced:

| Ex. # | Description | Admitted |
|---|---|---|
| 001-001 | Firearm | |
| 001-002 | Photo of Firearm | |
| 002-001 to 002-003 | Photos | |
| 003-001 to 003-010 | USFW-00065 Memorandum of Agreement Law Enforcement and U.S. Fish & Wildlife | |
| 004-001 to 004-002 | Louisiana Department of Wildlife & Fisheries Employment Card – Hatten | |
| 005-001 to 005-002 | Louisiana Department of Wildlife & Fisheries Employment Card – Harrell | |
| 006-001 | USFW-00034-Upper Ouachita National Wildlife Refuge Map | |
| 007-001 | USFW-00032-Upper Ouachita National Wildlife Refuge Map Satellite Image | |
| 008-001 | USFW-00042 – Water Photo | |
| 009-001 | USFW-00031 – Water Photo Location arrows | |
| 010-001 | USFW-00030 – Water Photo Boat with Agents | |

| Ex. # | Description | Admitted |
|---|---|---|
| 011-001 to 011-004 | FBI-00028 Photos of Agents in Boat | |
| 012-001 | ATF-00033 | |
| 013-001 | ATF-00034 | |
| 014-001 | ATF-00035 | |
| 015-001 | ATF-00036 | |
| 016-001 | ATF-00037 | |
| 017-001 | ATF-00038 | |
| 018-001 | ATF-00039 | |
| 019-001 | ATF-00045 | |
| 020-001 | ATF-00046 | |
| 021-001 | ATF-00047 | |
| 022-001 | ATF-00048 | |
| 023-001 | ATF-00049 | |
| 024-001 | ATF-00050 | |
| 025-001 | ATF-00051 | |
| 026-001 | ATF-00052 | |
| 027-001 | ATF-00053 | |
| 028-001 | ATF-00054 | |
| 029-001 | ATF-00055 | |
| 030-001 | ATF-00056 | |
| 031-001 | ATF-00057 | |
| 032-001 | ATF-00058 | |
| 033-001 | ATF-00059 | |
| 034-001 | ATF-00060 | |
| 035-001 | ATF-00061 | |
| 036-001 | ATF-00062 | |
| 037-001 | ATF-00063 | |
| 038-001 | ATF-00064 | |
| 039-001 | ATF-00065 | |
| 040-001 | ATF-00066 | |
| 041-001 | ATF-00067 | |
| 042-001 | ATF-00068 | |
| 043-001 | ATF-00069 | |
| 044-001 | ATF-00070 | |
| 045-001 | ATF-00071 | |
| 046-001 | ATF-00072 | |
| 047-001 | ATF-00073 | |
| 048-001 | ATF-00074 | |
| 049-001 | ATF-00075 | |
| 050-001 | ATF-00076 | |
| 051-001 | ATF-00077 | |
| 052-001 | ATF-00078 | |
| 053-001 | ATF-00079 | |

| Ex. # | Description | Admitted |
|---|---|---|
| 054-001 | ATF-00080 | |
| 055-001 | ATF-00081 | |
| 056-001 | ATF-00082 | |
| 057-001 | Intentionally Left Blank | |
| 058-001 to 058-015 | GJ-00040 GJ Transcript Carter Gates Testimony | |
| 059-001 to 059-002 | AGFC-00007 Arkansas Hunter Education Enrollment Form | |
| 060-001 | USFW-00043 Video | |
| 061-001 | Defense-00006 Video | |
| 062-001 | Facebook Photo | |
| 063-001 | Facebook Photo | |
| 064-001 | Facebook Photo | |
| 065-001 | Facebook Photo | |
| 066-001 | Facebook Photo | |
| 067-001 | Facebook Photo | |